Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX066407
Cashier ID: mf
Transaction Date: 12/31/2014
Payer Name: PAUL M DORSEY

---

TREASURY REGISTRY
For: PAUL M DORSEY
Case/Party: D-COX-1-09-CV-000938-002
Amount: $5,000.00

---

PAPER CHECK CONVERSION
Check/Money Order Num: 844
Amt Tendered: $5,000.00

---

Total Due: $5,000.00
Total Tendered: $5,000.00
Change Amt: $0.00

SUPERSEDEAS BOND-JLK-KMT

13-1378
13-1456

A fee of $53.00 will be assessed on any returned check.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 09-cv-00938-JLK-KMT consolidated with No. 10-cv-00765-JLK-KMT

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON** and **YAMILET RODRIGUEZ,** individually and on behalf of all others similarly situated,

Plaintiffs - Appellees

v.

**THE WESTERN UNION COMPANY** and **WESTERN UNION FINANCIAL SERVICES, INC.,**

Defendants - Appellees

And

**PAUL DORSEY**, Objector - Appellant

---

**RULE 7 APPEAL BOND**

---

*[Counsel or a pro se party shall modify this form as necessary and complete and file it as a bond instrument in circumstances involving a cash bond, paid through cash, check or letter of credit.]*

[*n.b.* - THIS FORM HAS BEEN MODIFIED]

The appellant, Paul Dorsey, as principal, is held and firmly bound to the appellees in the sum of $5,000, to be paid to appellees (their heirs, executors, administrators or assigns and/or their successors or assigns), from the proceeds of a check in the amount of $5,000, tendered to the United States District Court on the 30th day of December, 2014, for which payment well and truly made appellant binds himself, his heirs, executors, administrators, jointly and severally, by this instrument.

Per the opinion issued by the United States Court of Appeals for the Tenth Circuit, the amount of the bond ordered by the District Court has been reduced from $1,007,269 to $5,000.

Dated this day ________ of __________, 20____ .

APPROVED:

Paul Dorsey 12.30.14

Paul Dorsey
Pro-se
Objector - Appellant
110 Westminster Dr
W Htfd CT 06107
860 521-0081

_____________________________
United States District Judge